IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RODNEY OWEN, aka Rodney Owen Skurdal,

    Petitioner,

v.

UNITED STATES OF AMERICA, et al.,

    Respondents.

Civil No. 03-1514-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Respondents' Motion to Dismiss (#37) is GRANTED, and this action is DISMISSED.

IT IS SO ORDERED.

DATED this __8th__ day of September, 2005.

                    /s/ Anna J. Brown
                    ANNA J. BROWN
                    United States District Judge